UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Defendant. | Civil Action No. 20-0198 (DLF) |

## JOINT STATUS REPORT

Pursuant to the Court's April 10, 2020, Minute Order, Plaintiff Democracy Forward Foundation and Defendant Consumer Financial Protection Bureau ("CFPB"), by and through undersigned counsel, hereby submit the following Joint Status Report.

1. Plaintiff filed its Complaint in this action on January 24, 2020, pursuant to the Freedom of Information Act ("FOIA"), and Defendant answered on March 4, 2020.

2. Plaintiff's first FOIA request, submitted on October 9, 2019, seeks specific categories of records related to the American Consumer Financial Innovation Network ("ACFIN"). Plaintiff's second FOIA request, submitted on October 23, 2019, seeks records relating to various agency policies, as well as records relating to the participation of companies in ACFIN's work.

3. As previously reported, the parties agreed to search parameters for records responsive to both requests. Applying those search parameters yielded more than 25,000 pages of potentially responsive documents, including attachments. CFPB estimates that, under current conditions, the responsiveness review will take approximately two months to complete. CFPB is

currently working to provide Plaintiff with an estimate of how long the responsiveness review will take if attachments are excluded. Once that review is complete, CFPB will be in a better position to discuss an appropriate processing and production schedule.

4. The parties will work together to determine any ways to narrow Plaintiff's request or prioritize any particular sets of documents. They propose to file another status report by June 25, 2020, reporting on the progress of the responsiveness review and any discussions.

Dated: May 12, 2020                              Respectfully submitted,

/s/ Kristen P. Miller
Kristen P. Miller (D.C. Bar No. 229627)
Democracy Forward Foundation
1333 H Street, NW
Washington, D.C. 20005
(202) 701-1782
kmiller@democracyforward.org

*Counsel for Plaintiff*

TIMOTHY J. SHEA, D.C. Bar No. 437437
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

By:   /s/ Robert A. Caplen
Robert A. Caplen, D.C. Bar No. 501480
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2523
robert.caplen@usdoj.gov

*Counsel for Defendant*