UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 20-0198 (DLF)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Pursuant to the Court's July 29, 2020, Minute Order, Plaintiff Democracy Forward Foundation and Defendant Consumer Financial Protection Bureau ("CFPB"), by and through undersigned counsel, hereby submit the following Joint Status Report.

1. Plaintiff filed its Complaint in this action on January 24, 2020, pursuant to the Freedom of Information Act ("FOIA"), and Defendant answered on March 4, 2020.

2. Plaintiff's first FOIA request, submitted on October 9, 2019, seeks specific categories of records related to the American Consumer Financial Innovation Network ("ACFIN"). Plaintiff's second FOIA request, submitted on October 23, 2019, seeks records relating to various agency policies, as well as records relating to the participation of companies in ACFIN's work.

3. The parties agreed to search parameters for records responsive to both requests. Applying those search parameters yielded more than 25,000 pages of potentially responsive documents, including attachments. The parties worked together to narrow Plaintiff's request to approximately 1,650 pages of potentially responsive materials.

4. CFPB made its first interim release on July 15, 2020, after processing 300 pages. A total of 224 pages were deemed responsive and released either in full or in part, 26 pages were not responsive, and 50 pages consisted of duplicate emails.

5. CFPB made its second interim release on August 14, 2020, after processing 397 pages. A total of 205 pages were deemed responsive, 26 pages were released in full, and 179 pages were released in part. One page was deemed not responsive, and 191 pages consisted of duplicate emails contained within the production.

6. CFPB expects to make its next release by September 15, 2020.

7. The parties propose to file another status report by September 24, 2020.

Dated: August 27, 2020

Respectfully submitted,

/s/ Kristen P. Miller
Kristen P. Miller (D.C. Bar No. 229627)
Democracy Forward Foundation
1333 H Street, NW
Washington, D.C. 20005
(202) 701-1782
kmiller@democracyforward.org

*Counsel for Plaintiff*

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

By: /s/ Robert A. Caplen
Robert A. Caplen, D.C. Bar No. 501480
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2523
robert.caplen@usdoj.gov

*Counsel for Defendant*