UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Defendant. | Civil Action No. 20-0198 (DLF) |

## JOINT STATUS REPORT

Pursuant to the Court's January 22, 2021, Minute Order, Plaintiff Democracy Forward Foundation and Defendant Consumer Financial Protection Bureau ("CFPB"), by and through undersigned counsel, hereby submit the following Joint Status Report in this Freedom of Information Act case involving two requests. The first request seeks specific categories of records related to the American Consumer Financial Innovation Network ("ACFIN"). The second request seeks records relating to various agency policies, as well as records relating to the participation of companies in ACFIN's work.

As previously reported, CFPB made its final release in October 2020. The Parties continue to confer concerning the scope of Defendant's search and the responsive materials provided to Plaintiff. Defendant provided to Plaintiff a description of the search parameters, and the parties require additional time to address narrowing or eliminating any remaining issues. Accordingly, the Parties request to update the Court on the status of this matter on or before April 1, 2021, indicating, if applicable, what issues remain and proposing a schedule for further proceedings.

Dated: February 22, 2021    Respectfully submitted,

/s/ Kristen P. Miller
Kristen P. Miller (D.C. Bar No. 229627)
Democracy Forward Foundation
1333 H Street, NW
Washington, D.C. 20005
(202) 701-1782
kmiller@democracyforward.org

*Counsel for Plaintiff*


MICHAEL R. SHERWIN
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:   /s/ Robert A. Caplen
Robert A. Caplen, D.C. Bar No. 501480
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2523
robert.caplen@usdoj.gov

*Counsel for Defendant*