UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION, <br><br> Plaintiff, <br><br> v. <br><br> CONSUMER FINANCIAL PROTECTION BUREAU, <br><br> Defendant. | Civil Action No. 20-0198 (DLF) |

## JOINT STATUS REPORT

Pursuant to the Court's January 22, 2021 Minute Order, Plaintiff Democracy Forward Foundation and Defendant Consumer Financial Protection Bureau ("CFPB"), by and through undersigned counsel, hereby submit the following Joint Status Report in this Freedom of Information Act case involving two requests. The first request seeks specific categories of records related to the American Consumer Financial Innovation Network ("ACFIN"). The second request seeks records relating to various agency policies, as well as records relating to the participation of companies in ACFIN's work.

As previously reported, CFPB made its final release in October 2020. Defendant has also provided to Plaintiff a description of the search parameters. Plaintiff has now reviewed these materials and the parties have agreed to file a Stipulation of Dismissal, filed concurrently with this Joint Status Report.

Dated: April 1, 2021

Respectfully submitted,

/s/ Kristen P. Miller
Kristen P. Miller (D.C. Bar No. 229627)
Democracy Forward Foundation

        P.O. Box 34553
        Washington, DC 20043
        (202) 701-1782
        kmiller@democracyforward.org

        *Counsel for Plaintiff*


        MICHAEL R. SHERWIN
        Acting United States Attorney

        BRIAN P. HUDAK
        Acting Chief, Civil Division

By: /s/ Robert A. Caplen
    Robert A. Caplen, D.C. Bar No. 501480
    Assistant United States Attorney
    555 Fourth Street, N.W.
    Washington, DC 20530
    (202) 252-2523
    robert.caplen@usdoj.gov

    *Counsel for Defendant*