UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Defendant. | Civil Action No. 20-0198 (DLF) |

## STIPULATION OF DISMISSAL

Plaintiff Democracy Forward Foundation and Defendant the Consumer Financial Protection Bureau hereby stipulate to the dismissal of this matter without prejudice pursuant to Rule 41(a)(1)(A)(ii), in light of Defendant's representation that it has completed production. Each party will bear its own attorneys' fees and costs.

Dated: April 1, 2021

Respectfully submitted,

/s/ Kristen P. Miller
Kristen P. Miller (D.C. Bar No. 229627)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 701-1782
kmiller@democracyforward.org

*Counsel for Plaintiff*


MICHAEL R. SHERWIN
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: /s/ Robert A. Caplen
Robert A. Caplen, D.C. Bar No. 501480
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, DC 20530
(202) 252-2523
robert.caplen@usdoj.gov

*Counsel for Defendant*